UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80054-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs. **O R D E R**

BRENDA CHARLESTAIN,

    Defendant.
_____/

THIS MATTER is before the Court upon the Report and Recommendation (DE 63) filed herein by United States Magistrate Judge Robin S. Rosenbaum, Defendant Brenda Charlestain's Motion To Dismiss Indictment Based On Misconduct Of Law Enforcement (DE 47), and Defendant's Objection To Magistrate's Report And Recommendation That The District Court Deny The Defendant's Motion To Dismiss The Indictment Based Upon Misconduct Of Law Enforcement And Or Suppress Defendant's Statements At Made At The Time Of The Stop (DE 78). The Court has conducted a <u>de novo</u> review of the entire record herein and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendant's Objection To Magistrate's Report And Recommendation That The District Court Deny The Defendant's Motion To Dismiss The Indictment Based Upon Misconduct Of Law Enforcement And Or Suppress Defendant's Statements At Made At The Time Of The Stop (DE 78) be and the same is hereby **OVERRULED**;

2. The Report and Recommendation (DE 63) filed herein by United States Magistrate Judge Robin S. Rosenbaum be and the same is hereby approved, adopted and ratified by the Court; and

3. Defendant Brenda Charlestain's Motion To Dismiss Indictment Based On Misconduct Of Law Enforcement (DE 47) be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   30th   day of May, 2012.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

The Honorable Robin S. Rosenbaum
United States Magistrate Judge

All Counsel of Record